IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| ROBERT HARVIE PAYNE, | ) | C/A No.: 2:12-277 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| TOWN OF MT. PLEASANT, and IRA GROSSMAN, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon Motion to Dismiss by plaintiff Robert Harvie Payne. This motion was filed on February 9, 2012.

**IT IS THEREFORE ORDERED,** that Motion to Dismiss by plaintiff Robert Harvie Payne is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

February 28, 2012
Charleston, South Carolina